UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

KATHERINE GEORGOPOLOUS, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

LEAFFILTER NORTH, LLC,

   *Defendants*.

_____/

Case No. 5:25-CV-00511-JRA

It is so Ordered.  This matter is hereby DISMISSED with prejudice as to Katherine Georgopolous, and without prejudice as to any unnamed member of the alleged class.
*/s/ John R. Adams*
U.S. District Judge
August 12, 2025

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Katherine Georgopolous ("Plaintiff"), and Defendant, LEAFFILTER NORTH, LLC ("Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Katherine Georgopolous, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: August 11, 2025,                                Respectfully submitted,

By: */s/ Andrew Shamis*
Andrew Shamis (100846)
Email: ashamis@shamisgentile.com
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305.479.2299

*Attorney for Plaintiff*

By: */s/ Nora K. Cook*
NORA K. COOK (0086399)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-1284
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: ncook@beneschlaw.com

Mark S. Eisen (admitted *pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600